TOWN OF GREENBURGH, Plaintiff, v. BERT F. BUSER et al., Defendants.— Present — Wenzel, Acting P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ. [See 285 App. Div. 1090.]

LEWIS WOLF, an Infant, by ESTHER WOLF, His Guardian ad Litem, et al., Respondents, v. GLOBE HOIST COMPANY, Appellant.— Present — Wenzel, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ. [See 285 App. Div. 1167.]

SHEILA BRENNER, an Infant, by Her Guardian ad Litem, JOSEPH BRENNER, et al., Respondents, v. SARA KARP, Appellant.— Present — Nolan, P. J., Wenzel, Schmidt, Murphy and Ughetta, JJ.